Filed 8/17/23  P. v. Reyes CA4/3
Opinion following transfer from Supreme Court

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | G059251 |
| v. | (Super. Ct. No. 04CF2780) |
| ANDRES QUINONEZ REYES, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from a postjudgment order of the Superior Court of Orange County, Richard M. King, Judge.  Reversed and remanded.

Gerald J. Miller, under appointment by the Court of Appeal, for Defendant and Appellant.

Xavier Becerra, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Julie L. Garland, Assistant Attorney General, Eric A. Swenson and Jennifer B. Truong, Deputy Attorneys General, for Plaintiff and Respondent.

BACKGROUND

Defendant Andres Quinonez Reyes was convicted of the second degree murder of Pedro Javier Rosario. Reyes was not the actual shooter. Following the passage of Senate Bill No. 1437 (Stats. 2018, ch. 1015, §§ 2-4) (Senate Bill No. 1437) in 2018, Reyes filed a petition for resentencing pursuant to former Penal Code section 1170.95.[1]

The trial court appointed counsel for Reyes and conducted an evidentiary hearing. Following that hearing, the court concluded, beyond a reasonable doubt, that a jury would have found defendant guilty of murder even after the passage of Senate Bill No. 1437. The trial court therefore denied Reyes's section 1172.6 petition. In an unpublished opinion, this court affirmed the trial court's order denying the petition.

The California Supreme Court granted Reyes's petition for review, and reversed the judgment of this court with directions to remand the matter to the trial court. (*People v. Reyes* (2023) 14 Cal.5th 981, 992.) Therefore, we reverse the judgment of the trial court and remand this matter with directions to conduct further proceedings on Reyes's section 1172.6 petition, consistent with the California Supreme Court's opinion.


DISPOSITION

The trial court's postjudgment order denying the petition for resentencing is

---

[1] Effective June 30, 2022, Penal Code section 1170.95 was renumbered section 1172.6, with no change in text. (Stats. 2022, ch. 58, § 10.) We will refer to the statute as section 1172.6. All further statutory references are to the Penal Code.

reversed, and the matter is remanded for further proceedings consistent with the California Supreme Court's opinion in *People v. Reyes, supra*, 14 Cal.5th 981.


MOTOIKE, J.

WE CONCUR:


O'LEARY, P. J.


BEDSWORTH, J.